**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA GRISSOM, | ) | No. EDCV 08-500 CW |
| | ) | |
|         Plaintiff, | ) | JUDGMENT |
|      v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
|         Defendant. | ) | |

    **IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.


DATED: May 8, 2009


                      _____/S/_____
                      CARLA M. WOEHRLE
                United States Magistrate Judge